UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA and, <br> CENDANT CORPORATION, <br> *n/k/a Avis Budget Group, Inc.,* <br><br> Plaintiff, <br><br> v. <br><br> WALTER A. FORBES, ROBERT T. TUCKER as TRUSTEE of the FORBES FAMILY TRUST, ROBERT T. TUCKER, individually, BUCK, STURMER & CO. P.C., CAREN FORBES, LAURA CARLIN, ALLISON FORBES, JOHN DOE TRUSTEE OF THE JOHN DOE TRUST, and FG ENTERPRISES LLC <br><br> Defendants. | CIVIL ACTION NO. <br> 308CV00933 (JBA) <br><br><br><br><br><br><br><br><br><br> JUNE 20, 2008 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Plaintiff CENDANT CORPORATION, *n/k/a Avis Budget Group, Inc.,* in the above-captioned action.

PLAINTIFF

CENDANT CORPORATION
*n/k/a Avis Budget Group, Inc.,*

By /s/ Christopher Drake
Christopher R. Drake – ct27477
cdrake@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Christopher R. Drake  - ct27477

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  cdrake@murthalaw.com