UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA and, CENDANT CORPORATION, *n/k/a Avis Budget Group, Inc.,* : : : | CIVIL ACTION NO. 308CV00933 (JBA) |
| Plaintiff, : : | |
| v. : : | |
| WALTER A. FORBES, ROBERT T. TUCKER as TRUSTEE of the FORBES FAMILY TRUST, ROBERT T. TUCKER, individually, BUCK, STURMER & CO. P.C., CAREN FORBES, LAURA CARLIN, ALLISON FORBES, JOHN DOE TRUSTEE OF THE JOHN DOE TRUST, and FG ENTERPRISES LLC : : : : : : : | JUNE 20, 2008 |
| Defendants. | |

APPEARANCE

Please enter the appearance of the undersigned on behalf of Plaintiff CENDANT CORPORATION, *n/k/a Avis Budget Group, Inc.,* in the above-captioned action.

PLAINTIFF –

CENDANT CORPORATION
*n/k/a Avis Budget Group, Inc.,*

By _____
    Francis J. Brady – ct04296
    fbrady@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis J. Brady - ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com