CHRISTOPHER J. CHRISTIE
United States Attorney
JORDAN M. ANGER (phv02694)
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

**ELECTRONICALLY FILED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, AND CENDANT CORPORATION, n/k/a/ Avis Budget Group, Inc.<br><br>*Plaintiffs,*<br><br>v.<br><br>WALTER A. FORBES, ROBERT T. TUCKER AS TRUSTEE OF THE FORBES FAMILY TRUST, ROBERT T. TUCKER, INDIVIDUALLY, BUCK, STURMER & CO. P.C., CAREN FORBES, LAURA CARLIN, ALLISON FORBES, JOHN DOE TRUSTEE of the JOE DOE TRUST, and FG ENTERPRISES LLC,<br><br>*Defendants.* | *Civil Action No.* 308CV00933 (JBA)<br><br>NOTICE OF APPEARANCE |

This is to Notice the appearance of Christopher J. Christie, United States Attorney, District of New Jersey, by Jordan M. Anger, Assistant United States Attorney, as attorney of record for United States of America, in the above captioned case. Service of all notices in this case should be made upon same.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: *[signature]*
JORDAN M. ANGER -phv02694

Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 645-2829
Facsimile: (973) 297-2010
jordan.anger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: *[signature]*
JORDAN M. ANGER - phv02694

Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 645-2829
Facsimile: (973) 297-2010
jordan.anger@usdoj.gov
