UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and CENDANT CORPORATION, *n/k/a Avis Budget Group, Inc.*, | : | CIVIL ACTION NO. 3:08-CV-00933 (JBA) |
| Plaintiffs, | : | |
| v. | : | |
| WALTER A. FORBES, ROBERT T. TUCKER as TRUSTEE of the FORBES FAMILY TRUST, ROBERT T. TUCKER, individually, BUCK, STURMER & CO. P.C., CAREN FORBES, LAURA CARLIN, ALLISON FORBES, JOHN DOE TRUSTEE OF THE JOHN DOE TRUST, FG ENTERPRISES LLC, and the WISCONSIN TRUST MANAGER, LLC, as SUBSTITUTE TRUSTEE of the FORBES FAMILY TRUST, | : | |
| Defendants. | : | JANUARY 14, 2010 |

**UNITED STATES OF AMERICA'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff the United States of America respectfully moves that this Court enter summary judgment against Defendant Frank Gallagi on the Nineteenth and Twentieth Counts and against Defendant Beth Freimour on the Twenty-Third and Twenty-Fourth Counts of the Third Amended Joint Complaint. The undisputed material facts establish, as a matter of law, that the transfers Mr. Forbes made to Mr. Gallagi and Ms. Freimour constitute intentional and constructive fraudulent transfers under the Federal Debt Collection Procedures Act. 28 U.S.C. §§ 3001 et seq.

A Memorandum in Support of this Motion is filed herewith.

**ORAL ARGUMENT REQUESTED**

PLAINTIFF –
UNITED STATES OF AMERICA

PAUL J. FISHMAN

Special Attorney
U.S. Attorney's Office, District of New Jersey

By: /s/ Jordan M. Anger
Jordan M. Anger – PHV02694
jordan.anger@usdoj.gov

Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 645-2829
Facsimile: (973) 297-2010